# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**WILLIAM EDWARD WILLIAMSON,**

    **Plaintiff,**

v.                             **CASE NO. 5:13-cv-10-RS-CJK**

**KENNETH S. TUCKER, et al.,**

    **Defendants.**

_____/

## **ORDER**

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 4) and Plaintiff's Objections (Doc. 5). In his Objections, Plaintiff moved for transfer of this case to the Gainesville Division (Doc. 5). However, Graceville Correctional Institution, where Plaintiff's cause of action accrued, is located in Jackson County, which lies in the Panama City division. N.D. Fla. Loc. R. 3.1(A)(2). Accordingly, Plaintiff's motion to transfer the case is **DENIED**.

I have reviewed Petitioner's objections de novo. He contends that "not ONCE has any court ruled that any cause of action was frivolous, malicious or failed to state a liable cause of action. NOT ONCE can the magistrate show any court records of any such rulings from the cases cited by the magistrate Judge." Doc. 5 at 4. However, in case 3:06-cv-562-LAC-MD, Plaintiff's complaint was

dismissed without prejudice "as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process." Doc. 22. The fact that Plaintiff later received the desired medical care from the Department of Corrections does not alter this result.

**IT IS ORDERED:**

1. The Magistrate Judge's Order and Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for Plaintiff's abuse of the judicial process.

3. The Clerk is directed to close the file.

**ORDERED** on March 8, 2013.

                                                    <u>/S/ Richard Smoak</u>
                                                   **RICHARD SMOAK**
                                                   **UNITED STATES DISTRICT JUDGE**